**JUDGE SCHEINDLIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
EVER LUCK SHIPPING LTD.,                :

                Plaintiff,          :

- against -                                              :

ASIAPRIDE SDN BHD a.k.a.              :
ASIAPRIDE S/B,
                                          :

                Defendant.
------------------------------------------------------X



08 CIV 7436

ECF CASE

### DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:    NONE.

Dated: August 21, 2008
       New York, NY

                                        The Plaintiff,
                                        EVER LUCK SHIPPING LTD.,

                   By: _____
                                        Lauren C. Davies (LD 1980)
                                        Thomas L. Tisdale (TT 5263)
                                        TISDALE LAW OFFICES, LLC
                                        11 West 42nd Street, Suite 900
                                        New York, NY 10036
                                        (212) 354-0025 – phone
                                        (212) 869-0067 – fax
                                        ldavies@tisdale-law.com
                                        ttisdale@tisdale-law.com